

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00278-CV

———————————————

R.S., Individually and as Next Friend for P.S., Appellant

V.

T.S., Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2018-00778

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On November 18, 2019, we notified Appellant that his brief had not been filed as required. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless the appellant filed his brief with the court no later than December 9, 2019. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 44.3. We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: January 16, 2020